UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JACKSON,<br><br>                    Plaintiff,<br><br>         v.<br><br>R. DAVIS, et al.,<br><br>                    Defendants. | No. 1:16-cv-00148-DAD-MJS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PRELIMINARY INJUNCTIVE RELIEF<br><br>(Doc. Nos. 2, 8, 10) |

Plaintiff George Jackson, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 2, 2016.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 2, May 9, and June 9, 2016, plaintiff filed motions for preliminary relief, the first in the form of a motion for a temporary restraining order and the latter two as motions for preliminary injunction.  (Doc. Nos. 2, 8, 10.)  On July 7, 2016, the assigned magistrate judge issued findings and recommendations recommending that the motions be denied without prejudice.  (Doc. No. 12.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within thirty days.  On August 15, 2016, plaintiff filed objections.  (Doc. No. 12.)

/////

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds that the findings and recommendations are supported by the record and by proper analysis.

Given the foregoing:

1. The findings and recommendations, filed July 7, 2016 (Doc. No. 12), are adopted in full;

2. Plaintiff's motions seeking preliminary relief (Doc. Nos. 2, 8, 10) are denied without prejudice; and

3. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **September 9, 2016**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE