UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>R. DAVIS, et al.,<br><br>    Defendants. | No. 1:16-cv-00148-DAD-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER<br><br>(Doc. Nos. 20, 21) |

    Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 23, 2017, plaintiff filed a motion for temporary restraining order preventing his transfer to another institution. (Doc. No. 20.) On February 3, 2017, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion be denied and provided that any objections to that recommendation be filed within fourteen days. (Doc. No. 21.) Plaintiff has not filed any objections to those findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

/////

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The February 3, 2017 findings and recommendations are adopted (Doc. No. 21); and
2. Plaintiff's motion for temporary restraining order (Doc. No. 20) is denied.

IT IS SO ORDERED.

Dated: **May 15, 2017**

UNITED STATES DISTRICT JUDGE