IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE JACKSON,** | Case No. 1:16-cv-00148-LJO-MJS |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |
| v. | |
| **P. JOHNSON, et al.,** | |
| Defendant. | **(ECF NO. 34)** |

Plaintiff is a state prisoner proceeding in forma pauperis in a civil rights action brought pursuant to 42 U.S.C. § 1983. Until recently, he proceeded pro se. (ECF No. 36.)

Defendant seeks to modify the discovery and scheduling order due to delays and scheduling conflicts associated with Plaintiff's recent retention of counsel. Plaintiff's opposition deadline has not passed, but Defendant represents that Plaintiff's counsel has expressed non-opposisiton.

Good cause appearing, Defendant's motion to modify the discovery and scheduling order (ECF No. 34) is granted. The deadline for the completion of all discovery,

including filing all motions to compel discovery, is May 26, 2018.  All dispositive motions shall be filed on or before August 5, 2018.

IT IS SO ORDERED.

Dated: __March 30, 2018__     /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE