UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JACKSON,<br><br>                  Plaintiff,<br><br>v.<br><br>P. JOHNSON, et al.,<br><br>                  Defendants. | Case No.: 1:16-cv-00148-LJO-JLT (PC)<br><br>ORDER ON STIPULATION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>Discovery Cut-Off:   June 26, 2018<br>Dispositive Motions:  October 4, 2018 |

Before the Court is the parties' stipulation to extend the discovery deadline (including filing of motions to compel) and the dispositive motion filing deadline.[1] Good cause appearing, the Court ORDERS that the current deadline for discovery (including filing of motions to compel) is extended to June 26, 2018, and the dispositive motion filing deadline is extended to October 4, 2018.

IT IS SO ORDERED.

    Dated: __**May 23, 2018**__                         **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Part of the basis for this request is the parties' desire to attend a court-mediated settlement conference before filing dispositive motions. (Doc. 43, 2:16-20.) The Court's ADR Administrator, Sujean Park, will be contacting the parties to schedule it.