# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JACKSON, | Case No.: 1:16-cv-00148-LJO-JLT (PC) |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT GEORGE JACKSON (#J-02225)** |
| v. | |
| P. JOHNSON, et al., | |
| Defendants. | |

George Jackson, CDCR # J-02225, a necessary and material witness in a settlement conference in this case on September 27, 2018, is confined in the California Institution for Men (CIM), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Stanley A. Boone at the U. S. District Court, Courtroom #9, 2500 Tulare Street, Fresno, California 93721, on Thursday, September 27, 2018 at 11:00 a.m.

## ACCORDINGLY, THE COURT ORDERS:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.
2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CIM, P. O. Box 128, Chino, California 91708:**

    **WE COMMAND** you to produce the inmate named above to testify before Judge Boone at the time and place above, until completion of the settlement conference or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **August 27, 2018**       /s/ Jennifer L. Thurston
                                                                     UNITED STATES MAGISTRATE JUDGE