| | |
|---|---|
| GEORGE JACKSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. DAVIS, et al.,<br><br>　　　　　Defendants. | **CASE No. 1:16-cv-0148 LJO JLT (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>**(ECF NOS. 20, 45)** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 3, 2017, the Magistrate Judge issued findings and recommendations to deny Plaintiff's motion for temporary restraining order. (ECF No. 45.) Plaintiff has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1.　　The June 11, 2018, Findings and Recommendations are adopted in full (ECF No.

1

45); and

2. Plaintiff's motion for temporary restraining order (ECF No. 20) is DENIED.

IT IS SO ORDERED.

Dated:   **September 22, 2018**          /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE