

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>P. JOHNSON, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-00148-LJO-JLT (PC)<br><br>ORDER THAT INMATE GEORGE JACKSON IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff George Jackson is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on September 27, 2018. Inmate George Jacoson, CDCR #J-02225, is no longer needed as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

Dated: **September 27, 2018**

UNITED STATES MAGISTRATE JUDGE