# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JACKSON, | **CASE No. 1:16-cv-0148 LJO JLT (PC)** |
| Plaintiff, | **ORDER CLOSING CASE** |
| v. | **(DOC. 54)** |
| R. DAVIS, et al., | |
| Defendants. | |

The parties settled this action on September 27, 2018, during a settlement. (Doc. 52.) All dates, hearings, and conferences have been vacated, and the parties have now filed a stipulation for voluntary dismissal with prejudice. (Doc. 54.) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Court **DIRECTS** the Clerk of Court to close this action;

IT IS SO ORDERED.

Dated: **October 19, 2018**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE